Michael KACHMAR, Petitioner

v.

William J. LITVIN, Esq. d/b/a Law Offices of Saling and Litvin, Respondent

No. 903 MAL 2016

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**